IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ROBERT M. BANCROFT,<br><br>Defendant. | 6:19-po-05001-M-KLD<br>6:21-po-05017-M-KLD<br><br>ORDER SETTING SENTENCING |

Based upon the United States' motion, and good cause appearing,

IT IS HEREBY ORDERED that sentencing in the above-referenced cases is set for the <u>9th</u> day of <u>December</u>, 2021, at <u>1:30 p.m</u>, at the Russell Smith Courthouse, 201 E. Broadway, Missoula, Montana.

Dated this <u>22nd</u> day of <u>November</u>, 2021.

_____
KATHLEEN L. DESOTO
United States Magistrate Judge

1